# In the United States Court of Federal Claims

**No. 04-1419T**
**No. 05-1067T**
**(Filed February 6, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**K2 TRADING VENTURES, LLC, ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME**

---

On January 31, 2007, Plaintiffs filed an unopposed motion for enlargement of time in which to reach a proposed stipulation with Defendant regarding a protective order covering certain of Plaintiffs' exhibits. Plaintiffs are seeking to include four exhibits that they obtained in connection with a civil action in state court in Michigan. The production of this material requires a protective order or other agreement with the parties in the Michigan lawsuit. The Court previously directed the parties to file the stipulation by February 1, 2007. Plaintiffs move for an enlargement of time until February 15, 2007, to file such stipulation. Good cause having been shown, the motion is **GRANTED**. Plaintiffs shall file the stipulation with this Court by **February 15, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**