IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K2 TRADING VENTURES, LLC, NEW VISTA, LLC, TAX MATTERS PARTNER, Plaintiff, v. THE UNITED STATES, Defendant. | ) | Nos. 04-1419T, 05-1067T<br>Judge Mary Ellen Coster Williams |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Dewey Ballantine LLP has changed its name to Dewey & LeBoeuf LLP. The office address, telephone and facsimile numbers remain the same.

Dated: October 1, 2007

Respectfully submitted,

s/ Mark D. Allison

MARK D. ALLISON
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-259-8000
Fax: 212-259-6333

FELIX B. LAUGHLIN
JOHN F. COLLINS

*Counsel for Plaintiff*