**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| K2 TRADING VENTURES, LLC<br>NEW VISTA, LLC, Tax Matters Partner,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Judge Mary Ellen Coster Williams<br><br>No. 05-1067 T |

**NOTICE OF APPEARANCE**

To Clerk:

Please enter the appearance of Stuart J. Bassin, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STUART J. BASSIN
Special Litigation Counsel
Office of Civil Litigation
U.S. Department of Justice
Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044

Dated: September 10, 2008.

*/s/ Stuart J. Bassin*

STUART J. BASSIN
Special Litigation Counsel
Office of Civil Litigation
U.S. Department of Justice
Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6418
Fax: (202) 307-2504
Stuart.J.Bassin@usdoj.gov